# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED PROPERTY MANAGEMENT LP, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:15-cv-01824---SKO<br><br>**ORDER THAT CLERK OF COURT CLOSE CASE PURSUANT TO VOLUNTARY DISMISSAL** |

On January 7, 2016, Plaintiff Theresa Brooke filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1), requesting that her complaint be dismissed with prejudice in its entirety. (Doc. 13.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Because Plaintiff filed a notice of dismissal before an answer or motion for summary judgment was filed by any defendant, this case has terminated

1 | by operation of law.  Fed. R. Civ. P. 41(a)(1)(A)(i).

2 |      Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **January 11, 2016**                   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE